IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN MUNN & PURPLE PELICAN, INC. | PLAINTIFFS |
| V. | CAUSE NO. 1:12CV97-LG-JMR |
| CITY OF OCEAN SPRINGS, MISSISSIPPI | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [41] filed by Defendant City of Ocean Springs, Mississippi, the Court, after a full review and consideration of the City's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the City of Ocean Springs, Mississippi, pursuant to Fed. R. Civ. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**. In accordance with Fed. R. Civ. P. 54(d)(1), the City is entitled to recover costs from the plaintiffs.

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE